UNITED STATES DISTRICT COURT
for the
Southern District of New York
_____ Division

| | | |
|---|---|---|
| ZACHARY GOLDMAN,<br>and BRUCE GOLDMAN, | )<br>) | Case No.: |
| Plaintiff(s), | )<br>)<br>) | |
| vs | )<br>) | |
| CHRISTINE DEFOUW, | )<br>)<br>)<br>) | |
| Defendant(s).. | ) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING
## BREACH OF CONTRACT

Plaintiffs, Zachary Goldman and Bruce Goldman, by and through their undersigned attorneys, Koerner & Associates, LLC, file this Complaint against Defendant, Christina Defouw, and respectfully show and allege as follows:

### INTRODUCTION

1.     Plaintiffs, Zachary Goldman and Bruce Goldman, allege that they are entitled to recover from the Defendant: (i) Contract Security Deposit; (ii) Punitive Damages; (iii) Attornes fees and costs. Plaintiffs contracted for the sale of Plaintiffs' apartment at 63 East 9th Street, New York, NY 10003. The contract was unilaterally

- Page | 1

terminated by the Defendant, while the said contract did not have any force majeure clause.

## JURISDICTION AND VENUE

2. Court has jurisdiction over this controversy, pursuant to 28 U.S.C.§1332 and has supplemental jurisdiction over Plaintiffs' state law claims, pursuant to 28 U.S.C. §1367.

3. Venue is proper in the Southern District, pursuant to 28 U.S.C. §1391 because the conduct alleged in the complaint took place in this judicial district.

## PARTIES

4. Upon information and belief, Plaintiff, Zach Goldman, had residence at 63 East 9th Street, New York, NY 10003 until after the termination of the Contract that is the subject of the instant lawsuit and currently resides at 288 King George Street, Annapolis, MD 21401. Plaintiff, Bruce Goldman, currently resides at 844 Blue Heron Court, Arnold, MD 21012.

5. Upon information and belief the Defendant, Christine Defouw, currently resides at 6235 N. Camino Escalante, Tuscon, AZ 85718.

6. At the time of contract Plaintiffs had residence at the address that is the subject matter of this litigation.

## **BACKGROUND**

7.	On November 19, 2019, Plaintiffs (sellers) and Defendant, Christine Defouw (buyer), contracted for the sale of Plaintiff's apartment at 63 East 9th Street, New York, NY 10003 (the "Premises"), where Plaintiffs were living. (See Exhibit A, (the "Contract") attached hereto).

8.	The Premises were and are owned by the cooperative corporation known as Randall House Owners Corp.

9.	Said agreement included an escrow agreement. (See Exhibit B, attached hereto).

10.	The agreement provided that the contract deposit of $81,122.50 (the "Contract Deposit") would be held in escrow by the Seller's attorney, John Calotta, Esq., 1165 East 66th Street, Suite 2F, New York, NY 10065 (the "Escrow Agent").

11.	On April 29, 2020, the Buyer's attorney, Anderson & Ochs, LLP, Steven Anderson, Esq., 61 Broadway, Suite 525, New York, NY 10006, sent Mr. Calotta a letter which sought to terminate the Contract as a result of the COVID-19 Pandemic. (See Exhibit C, attached hereto).

12.	The Contract did not contain any force majeure clause.

13.	On or about September 21, 2020, Plaintiffs were able to sell the Premises to different buyers, Justin Hua-Yam Lu and Zhongqang Liu for $749,500 as shown in the Financial Closing Statement dated September 1, 2020. (See Exhibit D, attached hereto.

14. To date, Buyer has insisted on return of the full contract deposit and has refused to negotiate any solution than return of the full contract deposit. Buyer has refused to release the escrowed funds.

15. Plaintiffs have performed all of the conditions of the contract that are required to be performed by the Plaintiffs. The agreed purchase price and deposit were fair, just, and adequate.

16. Defendant's failure and refusal to perform its obligations under the contract constitute a breach of contract and have damaged the Plaintiffs.

17. Plaintiffs are entitled to retain the contract deposit as they suffered damages as a result of the Defendant's unilateral decision to terminate the contract and were subsequently forced to sell the Premises for a lower price.

## FIRST CAUSE OF ACTION

18. Plaintiffs repeat, reiterate and reallege all of the allegations contained in paragraphs "1" through "17" inclusive of the complaint herein with the same force and effect as if fully set forth herein at length.

19. The Defendant, by terminating the Contract unilaterally in April 2020, was in clear breach of the contract.

20. The liquidated damages clause in Section 13.1 of the Contract requires the Contract Deposit to be delivered to Plantiffs. Plaintiffs are entitled to the Contract deposit.

## **SECOND CAUSE OF ACTION**

21.     Plaintiffs repeat, reiterate and reallege all of the allegations contained in paragraphs "1" through "20" inclusive of the complaint herein with the same force and effect as if fully set forth herein at length.

22.     Defendant had a fraudulent and/or evil motive and/or acted with willful and wanton disregard to Plaintiff.

24.     Defendant failed to negotiate in good faith with the Plaintiffs.

25.     Plaintiffs also allege bad faith on Defendant's part.

WHEREFORE, Plaintiffs demand the following relief as against Defendant:

1.     As to the First Cause of Action, judgment again Defendants in the form of a Judgment that Escrow Agent is authorized and directed to deliver the Contract Deposit to Plaintiffs and Plaintiffs are entitled to retain the Contract's Deposit and for an award of reasonable attorney's fees;

2.     As to the Second Cause of Action, judgment against Defendant in an amount to be determined at trial plus punitive damages and for an award of reasonable attorneys' fees; and

3.      An award of fees and costs and any further relief which the court deems appropriate.

Dated:  NEW YORK, NY
        March 2, 2022                    KOERNER & ASSOCIATES, LLC

                                         *Gregory O. Koerner*
                                         _____
                                         BY: Gregory O. Koerner, Esq.
                                         233 Broadway, Suite 2208
                                         New York, NY 10279
                                         Phone: (212) 461-4377

## VERIFICATION

I, ZACHARY GOLDMAN, am the Plaintiff in the above-entitled action. I have read the Foregoing Complaint for Breach of Contract and know the contents thereof to be true upon information and belief. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at the City and State of _Maryland_, County of _Anne Arundel_.

DATED: 3/2/2022

_____
ZACHARY GOLDMAN

Duly Sworn and Signed before me
On This 2nd Day of March, 2022

_____
Notary Public

*(Notary Seal: KIMBERLY ALDEN, NOTARY PUBLIC, ANNE ARUNDEL COUNTY, MD, My Commission Expires 10-02-2024)*

## VERIFICATION

I, BRUCE GOLDMAN, am the Plaintiff in the above-entitled action. I have read the Foregoing Complaint for Breach of Contract and know the contents thereof to be true upon information and belief. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at the City and State of _Florida_, County of _Broward_.

DATED: 2/28/2022

_____
BRUCE GOLDMAN

Duly Sworn and Signed before me

On This _28_ Day of _February_, 2022

_____
Notary Public



Notary Public State of Florida
Gilbert Rosa
My Commission GG 963929
Expires 08/29/2024

Case No.:
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ZACHARY GOLDMAN and BRUCE GOLDMAN,

                                                                                        Plaintiff(s)

vs

CHRISTINE DEFOUW,

                                                                                        Defendant(s

_____

**COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT**

KOERNER & ASSOCIATES, LLC
Attorney for Petitioner
Office and Post Office Address
233 Broadway Suite 2208, New York, NY 10279
Phone: (212) 461-4377

To:

Attorney(s) for

Service of a copy of the within              is hereby admitted.
Dated:
Attorney for

_____

Sir: - Please Take Notice

NOTICE OF ENTRY that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on   ,.

NOTICE OF SETTLEMENT that an Order of which the within is a true copy will be presented for settlement to the HON., one of the judges of the within named Court at on the day of, 20__at M.

Dated:

                              Yours, etc.
                       GREGORY O. KOERNER
                       Attorney for Petitioner
                  KOERNER & ASSOCIATES LLC
              Office and Post Office Address
    233 Broadway Suite 2208, New York, NY 10279
                    Phone: (212) 461-4377