USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZACHARY GOLDMAN and BRUCE GOLDMAN,

                Plaintiffs,

-v.-

CHRISTINE DEFOUW,

                Defendant.

22 Civ. 2228 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    On March 18, 2022, Plaintiffs Zachary Goldman and Bruce Goldman filed the Complaint in this case. ECF No. 1. On February 10, 2023, following reassignment to this Court, the Court ordered that, "by February 27, 2023, Plaintiffs communicate with the Court, in writing, as to why Plaintiffs ha[d] failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiffs believe[d] that Defendant ha[d] been served, when and in what manner such service was made." ECF No. 6. The Court notified Plaintiffs that if they did not, "by February 27, 2023 show[] good cause why such service was not made within the 90 days, the Court may dismiss the case without further notice." *Id.* Plaintiffs did not file anything by the deadline.

    Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge